AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>**Tiffany Youngblood**<br>*Defendant* | )<br>)<br>)  Case No. 18mj68<br>)<br>)<br>) |

*RECEIVED U.S. MARSHAL 2018 MAR -6 AM 9:34 VIA CEDAR RAPIDS*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Tiffany Youngblood,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution and aiding and abetting the distribution of a controlled substance in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Date: 3/5/2018

_____
*Issuing officer's signature*

City and state:  Cedar Rapids, IA

C.J. WILLIAMS, Chief United States Magistrate Judge
*Printed name and title*

### Return

**Suspect arrested by DEA-TF (Agency Name)**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

**on 3/5/2018 in the Northern District of Iowa**

Date: _____

_____
*Arresting officer's signature*

**USMS Signature**

_____
*Printed name and title*

Case 1:18-mj-00068-CJW   Document 6   Filed 03/06/18   Page 1 of 1