# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. DINO HARRINGTON and TIFFANY YOUNGBLOOD, Defendant(s) | **HEARING MINUTES** Sealed: No <br> Case No.: 18-MJ-68-CJW <br> Presiding Judge: Magistrate Kelly Mahoney (via SC VTC) <br> Deputy Clerk: Sarah Melvin <br> Official Court Record: FTR Gold |

| Date: | 3/6/2018 | Start: | 3:03 PM | Adjourn: | 3:10 PM | Courtroom: | 3, 4th Floor - Cedar Rapids |
|---|---|---|---|---|---|---|---|
| Recesses: | None | | | Time in Chambers: | None | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Justin Lightfoot | | | | | |
| | Defendant(s): | Dft Harrington appears and is represented by Raphael Scheetz <br> Dft Youngblood appears and is represented by Jonathan Hammond | | | | | |
| | U.S. Probation: | Brian Draves | | | | | |
| | Interpreter: | None | | Language: | - | Certified: - | Phone: - |

| TYPE OF PROCEEDING: | IS THE HEARING | Contested? | No | Continued from a previous date? | No |
|---|---|---|---|---|---|
| ARRAIGNMENT: | | AND/OR  INITIAL APPEARANCE: X | | Date of Complaint: | 3/6/2018 |

| | Defendant(s): | Dino Harrington | Tiffany Youngblood |
|---|---|---|---|
| | Was defendant *Mirandized*? | Yes | Yes |
| | Defendant pleaded | Not guilty | Not guilty |
| | Counsel retained or appointed? | Appointed | Appointed |
| | FPD/Other: | CJA Raphael Scheetz | CJA Jonathan Hammond |
| | Stipulated discovery plan? | Yes | Yes |
| | Financial affidavit? | No | No |
| | Motion for detention? | Yes | Yes |
| | Was defendant detained? | Yes | Yes |
| | Detention hearing set? | Yes | Yes |
| | Detention hearing date: | 3/9/2018 at 10:30AM | 3/9/2018 at 10:30 AM |
| | Was a trial date set? | No    Date: -- | |
| | Witness/Exhibit List is | N/A | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7. | | |
| | Miscellaneous: | Court explains Indictment process to Defendants. Preliminary and Detention Hearings set for both Defendants on 3/9/18 at 10:30 am before Magistrate Judge Kelly Mahoney. | |